1 | Debra Healy Deem (Cal. Bar No. 89183)
Brandon Q. Tran (Cal. Bar No. 223435)
2 | **BUCHALTER NEMER**
A Professional Corporation
3 | 18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
4 | Telephone:(949) 760-1121
Facsimile: (949) 720-0182
5 | E-mail: btran@buchalter.com
6 | Attorneys for Plaintiff DIRECTV, INC.

*Send closed*

FILED
CLERK, U.S. DISTRICT COURT

APR 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED

2006 APR 13 PM 2:43
CLERK U.S. DISTRICT COURT
CENTRAL LOS ANGELES
BY

ORIGINAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| 11   DIRECTV, INC., a California corporation, | Case No. CV-04-8948 GAF SHx |
| 12          Plaintiff, | Hon. Gary A. Feess |
| 13   vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT LEVIN** |
| 14   ROBERT LEVIN, | |
| 15          Defendant. | |
| 16 | |

17    NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a),

18  Plaintiff DIRECTV, INC. ("DIRECTV") voluntarily dismisses, with prejudice, the

19  above-captioned action as to Defendant Robert Levin ("Defendant"), each party to

20  bear its/his own costs and attorneys' fees.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DOCKETED ON CM

APR 17 2006

BY _____ 021

1    Although on January 30, 2006 this Court dismissed without prejudice

2    DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of

3    the settlement agreement to take all reasonable steps to obtain a dismissal of this

4    action with prejudice against Defendant, each party to bear its/his own costs and

5    attorneys' fees.  DIRECTV files this Request in fulfillment of that obligation.

6    DATED: April _13_, 2006                     Respectfully Submitted,

7                                                BUCHALTER NEMER
                                                 A Professional Corporation
8

9

10                                              By:_____
                                                         Brandon Q. Tran
11                                              Attorneys for Plaintiff DIRECTV, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BN 825742v1                          -2-                    (CV-04-8948 GAF SHx)

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT LEVIN**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On April _13_, 2006, I served the foregoing document described as: **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT LEVIN** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Robert Levin
36020 Firethorn Drive
Palm Desert, CA 92211

**(Defendant)**

**[X]    BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer, in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April _13_, 2006 at Irvine, California.


Joanne D. Mealey-Hatch                     _Joanne D. Mealey-Hatch_
                                                          (Signature)

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT LEVIN